AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| JUSTIN MURPHY, et al., )<br><br>)<br>)<br>)<br>_Plaintiff(s)_ )<br>v. )<br>CITY OF NEW YORK, et al., )<br>)<br>)<br>)<br>_Defendant(s)_ ) | Civil Action No. 16cv519 (MKB) (PK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> NYPD Lieutenant Beth Paulson, Shield No. 02437
> Patrol Bureau Personnel Auto Section 1
> 1 Police PLaza, Room 1008
> New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Law Office of Ryan Lozar
> 305 Broadway, 10th Floor
> New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date:  August 15, 2016

s/Francine Piper

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 16cv519 (MKB) (PK)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                            .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)*                          ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                           , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)*                        ; or

❏ I returned the summons unexecuted because                                                  ; or

❏ Other *(specify):*


My fees are $                   for travel and $                   for services, for a total of $       0.00        .

I declare under penalty of perjury that this information is true.


Date: _____

                                                        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: