

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JOSHUA M. FRIEDMAN**
*Assistant Corporation Counsel*
phone: (212) 356-2368
fax: (212) 356-3509
email: jofriedm@law.nyc.gov

December 9, 2016

**BY ECF**
Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Justin Murphy, et al. v. City of New York, et al.,* 16 CV 519 (MKB)(PK)

Dear Your Honor:

I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter.  Defendants write regarding the NYCHA documents issue.

Defendants do not believe a Court Order to obtain the documents is necessary at this time.  Our litigation support group recently received letter correspondence from NYCHA indicating that the plaintiff can obtain his own NYCHA housing records by simple FOIA request and/or executing an original notarized release.  I left a message with the attorney in the NYCHA FOIL Unit who signed the letter, Matthew Kenney, Esq., to confirm this simple process and obtain a blank release (to the extent they require a special form), but have not yet received a call back.  Given that plaintiff's counsel can obtain these documents on his own (I will, of course, do what I can to assist with obtaining the documents too), a Court Order is not necessary at this time.

Defendant City thanks the Court for its time and consideration of the within request.

Respectfully submitted,

/s/

Joshua M. Friedman
*Assistant Corporation Counsel*

cc: **BY ECF**
Ryan Lozar