UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Terrence Bruce,                                                                   Order
                     Plaintiff,

    -v-
                                                Index No. 16-CV-5671 (MKB)(PK)
The City of New York; et al,

                     Defendants.

-----------------------------------------------------------------x
Justin Murphy, et al.                                                          Order
                     Plaintiff,

    -v-
                                                No. 16 Civ. 519 (MKB) (PK)
The City of New York; et al,

                     Defendants.
-----------------------------------------------------------------x

## **ORDER:**

      To aid in the prosecution of the above captioned cases records related to arrests made of the following individuals on April 6, 2014, sealed through C.P.L. § 160.50 shall hereby be unsealed for the purpose of this litigation:

1. James Sease
2. Jeffrey Bush
3. Jason Ponder
4. Charisse Lawson
5. Kyana Jones
6. Shamendez Onsoy
7. Brian McBurnie
8. Justin Murphy
9. Gregg Liverman
10. Reggie Davis
11. Terrence Bruce

      These records appear at docket numbers including 2014KN023960 (Ponder), 2014KN024031 through 024033 (Sease, Bush, Bruce), 2014KN024034 through 024036 (Jones, Onsoy, Liverman),

2014KN024037 through 024039 (Murphy, McBurnie, Lawson) and surrounding docket numbers as well. This Order is intended to unseal records relating to April 6, 2014, arrests pertaining to the above-listed individuals at the docket numbers where they appear.

Any and all records produced shall be subject to the protective order signed and entered into the record by the Court on April 6, 2017 at Docket Entry 23.

_____August 11\_\_\_, 2017

SO ORDERED:

\_\_\_*Peggy Kuo*_____
The Hon. Peggy Kuo
United States Magistrate Judge
U.S. District Court, E.D.N.Y.